**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 565 MAL 2023

            Respondent                :

                                       :    Petition for Allowance of Appeal

                                       :    from the Order of the Superior Court

               v.                        :

                                       :

RALPH ANTHONY SAEZ,                 :

                          :

               Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 26th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.